FILED BY _____ D.C.

05 MAY -4 AM 11: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| Clark D. King, | ) |
| Plaintiff, | ) |
| vs. | ) No. 03-2016 DV |
| Time Warner Communications; Universal Collection Systems; Nicholson, Hackel, & Nicholson Law Firm; and Douglas Nicholson, | ) JURY DEMANDED |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

This cause came to be on the Plaintiff's Motion for Entry of Judgment, from which the Court finds as follows:

On March 4, 2005, Plaintiff filed a Notice of Acceptance of Offer of Judgment pursuant to Rule 68 F.R.C.P. Attached to said Notice was the Offer of Judgment made by "all defendants" pursuant to Rule 68 F.R.C.P., dated February 22, 2005, "for the total sum of $18,000.00, plus the costs now accrued." Also attached to said notice was the Plaintiff's acceptance of said Offer of Judgment, pursuant to Rule 68 F.R.C.P. Further, said notice contained a certificate of service to showing that said notice had been served on all Defendants

On March 7, 2005, counsel for Defendant Universal Collection Systems, acting on

behalf of all Defendants, faxed Plaintiff's counsel a letter acknowledging Plaintiff's March 4, 2005 "acceptance of the Offer of Judgment", and that he had ordered the funds.

None of the Defendants have filed a response to the Plaintiff's Motion for Entry of Judgment.

The Court finds that the requirements of Rule 68 F.R.C.P., have been met, and therefore, judgment should be entered in favor of the Plaintiff against all Defendants for $18,000.00, plus all costs accrued.

Accordingly, the Plaintiff's Motion for Entry of Judgment is **GRANTED**, and the Clerk of Court shall enter judgment in favor of the Plaintiff against all Defendants for $18,000.00, plus all costs accrued.

IT IS SO ORDERED this _3rd_ day of _May_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CV-02016 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Mark L. Lester
DAW & RAY, PC
5718 Westheimer
Ste. 1750
Houston, TX 77057

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Keith Wier
DAW & RAY, PC
5718 Westheimer
Ste. 1750
Houston, TX 77057

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Steven M. Markowitz
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT