UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **CLARK D. KING** | JUDGMENT IN A CIVIL CASE |
| v. | |
| TIME WARNER COMMUNICATIONS;<br>UNIVERSAL COLLECTION SYSTEMS;<br>NICHOLSON, HACKEL, & NICHOLSON<br>LAW FIRM; and DOUGLAS NICHOLSON | CASE NO: 03-2016-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion For Entry Of Judgment entered on May 4, 2005, Judgment is entered in favor of the Plaintiff against all Defendants for $18,000.00, plus all cost accrued, this cause is hereby dismissed.

APPROVED:

*(signature)*
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 18, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

*(signature)*
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02016 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Keith Wier
DAW & RAY, PC
5718 Westheimer
Ste. 1750
Houston, TX 77057

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Steven M. Markowitz
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mark L. Lester
DAW & RAY, PC
5718 Westheimer
Ste. 1750
Houston, TX 77057

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT